UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| DEFENDERS OF WILDLIFE, NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB, HUMANE SOCIETY OF THE UNITED STATES, CENTER FOR BIOLOGICAL DIVERSITY, JACKSON HOLE CONSERVATION ALLIANCE, FRIENDS OF THE CLEARWATER, ALLIANCE FOR THE WILD ROCKIES, OREGON WILD, CASCADIA WILDLANDS PROJECT, WESTERN WATERSHEDS PROJECT, and WILDLANDS PROJECT, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. CV-08-56-M-DWM<br><br>**ORDER** |
| Plaintiffs, | |
| vs. | |
| ROWAN GOULD, U.S. Fish and Wildlife Service Director; KEN SALAZAR, Secretary of the Interior; and UNITED STATES FISH AND WILDLIFE SERVICE, | |
| Defendants, | |
| and | |
| SAFARI CLUB INTERNATIONAL; SAFARI CLUB INTERNATIONAL FOUNDATION; THE NATIONAL RIFLE ASSOCIATION OF AMERICA; STATE OF MONTANA; MONTANA DEPARTMENT OF FISH, WILDLIFE, AND PARKS; | |

| | |
|---|---|
| STATE OF IDAHO; GOVERNOR C.L. "BUTCH" OTTER; IDAHO FISH AND GAME COMMISSION; IDAHO DEPARTMENT OF FISH AND GAME; IDAHO OFFICE OF SPECIES CONSERVATION; STATE OF WYOMING; SPORTSMEN FOR FISH AND WILDLIFE; MONTANA STOCKGROWERS ASSOCIATION, INC.; WYOMING STOCK GROWERS ASSOCIATION, INC.; MONTANA FARM BUREAU FEDERATION; WESTERN MONTANA FISH AND GAME ASSOCIATION, INC.; MONTANA SHOOTING SPORTS ASSOCIATION, INC.; and FRIENDS OF THE NORTHERN YELLOWSTONE ELK HERD,<br><br>        Defendant-Intervenors. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Upon consideration of Plaintiffs' unopposed motion for a one-week extension of time to file a reply brief in support of their motion for fees and costs,

IT IS HEREBY ORDERED that the motion (dkt #122) is GRANTED. Plaintiffs' reply brief shall be due February 13, 2009.

DATED this 4th day of February, 2009.

DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT